7/21/2015

82,550-04,05

On 7/21/2015. I had my Wife Call your office and she was told that Writs W-24,033-B-1 and W-24,035-B-1 was Denied Without Written Order. As of 7/21/2015 I have not received a White Card notifying me that W-24,033-B-1 and 24,035-B-1 has been Denied Without Written Order. I am Writing the courts. Not to rush my process, but if I have been denied Without Written Order without being notified it is Rendering me from filing my 2254 on W-24,033-B-1 : W-24,035-B-1 if in fact they have been denied. I have only received Denials on Writ # W-68,024-01-E, W-24,034-B-1, & W-68,024-01-E Mandamus. Have I been Denied Without Written Order on W-24,033-B-1 : W-24,035-B-1 and if So, When?

Please Respond in a Timely Fashion.
CC:

Respectfully True

Mr. Jedrick D Morgan
7/21/2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk